PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MELISSA ARAUJO,<br><br>            Defendant. | CASE NO. 1:22-CR-00195-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: 4/26/2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

This case is set for STATUS CONFERENCE on 4/26/2023. Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

   1.    By previous order, this matter was set for status on 4/26/2023.

   2.    By this stipulation, the parties move to vacate the status conference on 4/26/2023, and to exclude time between 4/26/2023, and the date the defendant is arrested on the pending warrant, under 18 U.S.C. § 3161(h)(3)(A).

   3.    The parties agree and stipulate, and request that the Court find the following:

        a)    On February 24, 2023, the Honorable Barbara A. McAuliffe, U.S. Magistrate Judge in and for the Eastern District of California signed a Pretrial Release Violation Petition and issued a bench warrant for the arrest of Melissa Araujo. The Petition alleges that "the defendant moved from her residence without the approval of her pretrial services officer" and

that "her whereabouts are currently unknown."

      b)      Melissa Araujo is absent, as "his whereabouts are unknown and, in addition, he is attempting to avoid apprehension or prosecution or his whereabouts cannot be determined by due diligence." *See* 18 U.S.C. § 3161(h)(3)(B).

      c)      The Speedy Trial Act provides that "[a]ny period of delay resulting from the absence . . . of the defendant . . ." "shall be excluded in computing the time . . . within which the trial . . . must commence." 18 U.S.C. § 3161(h)(3)(A).

      d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of 4/26/2023 to the date the defendant is arrested on the pending warrant, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(3)(A) because this period of delay has resulted from Melissa Araujo being absent.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 18, 2023                                PHILLIP A. TALBERT
                                                                  United States Attorney

                                                                  /s/ ANTONIO J. PATACA
                                                                  ANTONIO J. PATACA
                                                                  Assistant United States Attorney

Dated: April 18, 2023                                /s/ DAVID TORRES
                                                                  DAVID TORRES
                                                                  Counsel for Defendant
                                                                 MELISSA ARAUJO

**ORDER**

IT IS SO ORDERED that the status conference set for April 26, 2023, is vacated and time is excluded until arrest.  18 U.S.C. § 3161(h)(3).

IT IS SO ORDERED.

Dated:   **April 19, 2023**              /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE