IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>            v.<br><br>MELISSA ARAUJO,<br><br>                      Defendant. | CASE NO.  1:22-CR-00195-ADA-BAM<br><br>**ORDER GRANTING OR DENYING MOTION FOR STAY OF DETENTION ORDER** |

      The government's motion for a stay of the October 25, 2023 release order (3:23-mj-03836-MDD) issued by the United States District Court, Southern District of California, is hereby GRANTED.

IT IS SO ORDERED.

Dated:   October 26, 2023                       /s/                            
                                                UNITED STATES DISTRICT JUDGE