IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MELISSA ARAUJO,<br><br>　　　　　　　　　Defendant. | CASE NO.  1:22-CR-00195-ADA-BAM<br><br>**ORDER GRANTING APPLICATION FOR ARREST WARRANT** |

　　　The government's application for an arrest warrant under 28 U.S.C. § 1651(a), is hereby DENIED.

IT IS SO ORDERED.

　　Dated:　October 31, 2023　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1