**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MELISSA ARAUJO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-CR-00195-DAD-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO ALLOW DEFENDANT CURFEW EXTENSION** |
| vs. | |
| MELISSA ARAUJO, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MELISSA ARAUJO, by and through her attorney of record, DAVID A. TORRES hereby requests that she be allowed to travel to Walter W. Stiern Middle School in Bakersfield, California on December 18th, 2023, at 5:00 p.m. and returning to home detention on December 18th, 2023, at 8:00 p.m.

Ms. Araujo has informed our office that her son, Alfredo Chavez (age 7) will be performing in a school Christmas Program at Walter W. Stiern Middle School. She would like to begin her travel to Walter W. Stiern Middle School at 5:00 p.m., to allow enough time to travel to the location and also give her son enough time to check in with the school's administrators in preparation for his performance, which begins at 6:00 p.m. Ms. Araujo will be traveling to the

Stipulation & Proposed Order - 1

event by car with her mother, sister, younger brother, and older son Emiliano (age 11). Ms. Araujo anticipates driving directly to Walter W. Stiern Middle School, which is located at 2551 Morning Drive, Bakersfield, CA. 93306 and arriving at the location at 5:30 p.m. Ms. Araujo has informed our office that the school's Christmas program will conclude at 7:30 p.m. and she will be returning to her pre-approved home detention residence immediately thereafter. Ms. Araujo anticipates arriving back to said residence at 8:00 p.m. on the same evening.

Ms. Araujo was released under the conditions that she participates in the Location Monitoring Program and remains in Home Detention at a pre-approved residence. Ms. Araujo and has been in compliance with all the conditions of release.  She is scheduled for Sentencing on March 25, 2024.

I have spoken to AUSA Antonio Pataca, it is my understanding, he has no objection to allowing the Ms. Araujo to file this request.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  December 15, 2023        */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
MELISSA ARAUJO


DATED: December 15, 2023         */s/ Antonio Pataca*
ANTONIO PATACA
Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that Ms. Araujo be allowed to travel to Walter W. Stiern Middle School on December 18th, 2023 at 5:00 p.m. and return to home detention on December 18th, 2023 at 8:00 p.m.

IT IS SO ORDERED.

Dated:   **December 18, 2023**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE