**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MELISSA ARAUJO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MELISSA ARAUJO,<br><br>Defendant | Case No.: 1:22-CR-00195-NODJ-BAM-2<br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANT DOCTOR'S VISIT** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, ASSIGNED UNITED STATES DISTRICT COURT JUDGE, AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MELISSA ARAUJO, by and through her attorney of record, DAVID A. TORRES hereby requesting that she be allowed to travel from her home to Valley Children's Medical Group, 12500 Stockdale Hwy. Bakersfield, CA 93314 on February 20, 2024, at 2:00 p.m. and returning home on February 20, 2024, at 5:00 p.m.

Ms. Araujo has informed our office that her son, Emiliano Chavez (age 5) has an appointment with a cardiologist at Valley Children's Medical Group. Should the court grant this request, Ms. Araujo intends to leave her home at approximately 1:10pm, travel by vehicle to the scheduled appointment and arrive at 1:45pm. Ms. Araujo will return to her residence

Stipulation & Proposed Order - 1

immediately after the doctor's appointment. Ms. Araujo anticipates arriving at her residence at 5:00 p.m. the same evening.

Ms. Araujo's son was recently diagnosed with a heart condition. He is currently undergoing a series of medical tests to evaluate the extent of the issue.

Ms. Araujo was released on the condition that she participates in the Location Monitoring Program and remain in home detention at a pre-approved residence. Ms. Araujo has been compliant with all conditions of release. Ms. Araujo is scheduled for sentencing on March 25, 2024.

I have spoken to AUSA Antonio Pataca, it is my understanding, he has no objection to allowing Ms. Araujo to file this request.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: February 2, 2024   */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
MELISSA ARAUJO

DATED: February 2, 2024   */s/ Antonio Pataca*
ANTONIO PATACA
Assistant U.S. Attorney

# **ORDER**

**IT IS SO ORDERED** that Ms. Araujo be allowed to travel to Valley Children's Medical Group, Bakersfield, on February 20, 2024, at 1:10 p.m. and return to home detention on February 20, 2024, at 5:00 p.m.

IT IS SO ORDERED.

Dated:   **February 2, 2024**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE