**TORRES | TORRES STALLINGS
A LAWCORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
MELISSA ARAUJO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MELISSA ARAUJO ,<br><br>Defendant | Case No.: 1:22-CR-00195-NODJ-BAM-2<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MELISSA ARAUJO, by and through her attorney of record, DAVID TORRES, hereby requesting that the sentencing hearing currently set for Monday March 25, 2024 at 8:30 a.m. be continued to May 20th, 2024 at 8:30 a.m.

Counsel is requesting a continuance due to scheduling conflicts with USPO Elizabeth Gutierrez. I have spoken to AUSA Antonio Pataca, and he has no objection to continuing the sentencing hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of the Court's

finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

                                                Respectfully Submitted,

DATED: February 21, 2024                  ***/s/ David Torres***
                                                DAVID TORRES
                                                Attorney for Defendant
                                                MELISSA ARAUJO

DATED: February 21, 2024                  ***/s/Antonio Pataca***
                                                ANTONIO PATACA
                                                Assistant U.S. Attorney

# ORDER

IT IS SO ORDERED that the sentencing hearing be continued from March 25, 2024 to **May 20, 2024 at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **February 21, 2024**                         /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE