**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MELISSA ARAUJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:22-CR-00195-NODJ-BAM-2 |
| Plaintiff, | ) **STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL OUTSIDE OF HOME DETENTION** |
| vs. | |
| MELISSA ARAUJO, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, ASSIGNED UNITED STATES DISTRICT COURT JUDGE, AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MELISSA ARAUJO, by and through her attorney of record, DAVID A. TORRES hereby requesting that she be allowed to travel from her home to an Easter Church Event at 400 Montclair St, Bakersfield CA, 93309, from 11:00a.m. to 6:30p.m.

Ms. Araujo has informed our office that her church 'New Hope Church', will be hosting an Easter event at Centennial Park in Bakersfield CA, on March 30, 2024. The event is scheduled to commence at 12:00 p.m. in the afternoon and will be concluding at 5:00 p.m. in the evening. Ms. Araujo anticipates leaving her residence at approximately 11:00 a.m. and traveling to the event location at Centennial Park, 400 Montclair St, Bakersfield, Ca. 93309. Ms. Araujo

Stipulation & Proposed Order - 1

1  intends on leaving the location immediately after the event has concluded and expects to arrive

2  back home at approximately 6:30p.m.. Ms. Araujo will be traveling by car with her mother and

3  three children who will also be attending the Easter event.

4     Ms. Araujo was released on the condition that she participates in the Location

5  Monitoring Program and remain in home detention at a pre-approved residence. Ms. Araujo has

6  been compliant with all conditions of release. Ms. Araujo is scheduled for sentencing on May 20,

7  2024.

8     I have spoken to AUSA Antonio Pataca, it is my understanding, he has no objection to

9  allowing Ms. Araujo to file this request.

10

11  **IT IS SO STIPULATED.**

12                                              Respectfully Submitted,

13  DATED:  March 25, 2024                      */s/ David A Torres*
                                                DAVID A. TORRES
14                                              Attorney for Defendant
                                                MELISSA ARAUJO
15

16  DATED: March 25, 2024                       */s/Antonio Pataca*
                                                ANTONIO PATACA
17                                              Assistant U.S. Attorney

18

19

20

21

22

23

24

25

## ORDER

**IT IS SO ORDERED** that Ms. Araujo be allowed to travel to Centennial Park, 400 Montclair St. Bakersfield, CA 93309 on March 30, 2024, at 11:00 a.m. and return to home detention on Saturday March 30, 2024, at 6:30 p.m.

IT IS SO ORDERED.

Dated:   **March 26, 2024**

UNITED STATES MAGISTRATE JUDGE