**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
MELISSA ARAUJO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA ARAUJO,<br><br>Defendants. | Case No.: 1:22-CR-00195-2-NODJ-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, ASSIGNED DISTRICT COURT JUDGE AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MELISSA ARAUJO, by and through her attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Monday, May 20, 2024, be continued to Monday, August 26, 2024, at 8:30 a.m.

The defense is mitigating information to assist Ms. Araujo at the time of sentencing. The government is aware of our ongoing efforts to acquire this information. I have communicated with AUSA Antonio Pataca and he has no objection to continuing the sentencing date to August 26, 2024.

///

///

1

**IT IS SO STIPULATED.**

                                                                            Respectfully Submitted,

DATED: April 25, 2024                                  */s/ David A Torres*
                                                                          DAVID A. TORRES
                                                                          Attorney for Defendant
                                                                          Melissa Araujo

DATED: April 25, 2024                                  */s/ Antonio Pataca*
                                                                          ANTONIO PATACA
                                                                          Assistant U.S. Attorney

## **ORDER**

    **IT IS SO ORDERED** that the sentencing hearing currently set for May 20, 2024, be reset to **August 26, 2024 at 8:30 a.m. in Courtroom 5 before the District Court Judge**.
IT IS SO ORDERED.

Dated:   **April 25, 2024**                              /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE