**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MELISSA ARAUJO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-CR-00195-NODJ-BAM-2 |
| Plaintiff, | **STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL OUTSIDE OF HOME DETENTION** |
| vs. | |
| MELISSA ARAUJO, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, ASSIGNED UNITED STATES DISTRICT COURT JUDGE, AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MELISSA ARAUJO, by and through her attorney of record, DAVID A. TORRES hereby requesting that she be allowed to travel from her home to Voorhies Elementary School for a Cinco De Mayo Ceremony on Thursday May 2, 2024, at 9:15 a.m.

Ms. Araujo has informed our office that her youngest son's school will be hosting a "Cinco De Mayo" assembly for students and their parents. This event is scheduled to commence at 8:30 a.m. and is scheduled to conclude at 12:00 p.m. Ms. Araujo anticipates leaving her residence at approximately 8:00 a.m. and traveling to the event at Voorhies Elementary School, located at 6001 Pioneer Dr. Bakersfield, CA 93306. Ms. Araujo intends to leave the school

Stipulation & Proposed Order - 1

directly after the assembly and expects to return to home detention at approximately 12:30p.m. Ms. Araujo will be traveling by car with her mother and three children who will also be attending the school's event.

Ms. Araujo was released on the condition that she participates in the Location Monitoring Program and remain in home detention at a pre-approved residence. Ms. Araujo has been compliant with all conditions of release. Ms. Araujo is scheduled for sentencing on Monday, August 26, 2024.

I have spoken to AUSA Antonio Pataca and he has no objection to allowing Ms. Araujo's request.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  April 29, 2024         */s/ David A Torres*
                               DAVID A. TORRES
                               Attorney for Defendant
                               MELISSA ARAUJO

DATED: April 29, 2024          */s/Antonio Pataca*
                               ANTONIO PATACA
                               Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that Ms. Araujo be allowed to travel to Voorhies Elementary School, located at 6001 Pioneer Dr. Bakersfield, CA 93306 on Thursday May 2, 2024, at 8:00 a.m. and return to home detention on Thursday May 2, 2024, at 12:30 p.m.

IT IS SO ORDERED.

Dated:  **April 30, 2024**

UNITED STATES MAGISTRATE JUDGE