1
2
3
4
5
6
7

**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
MELISSA ARAUJO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15

UNITED STATES OF AMERICA,

Plaintiff,

v.

MELISSA ARAUJO,

Defendants.

Case No. **1:22-cr-00195-TWR-BAM-2**

**STIPULATION AND ORDER TO**
**TERMINATE LOCATION MONITORING**

16
17
18
19
20
21
22
23
24
25
26
27
28

TO: THE HONORABLE ERICA P. GROSJEAN, THE CLERK OF THE UNITED STATES

DISTRICT COURT, AND ANTONIO PATACA ASSISTANT UNITED STATES

ATTORNEY:

    **COMES NOW** Defendant, MELISSA ARAUJO, by and through her attorney of record,

DAVID A. TORRES, and at the request of Pretrial Services, hereby moves that the court remove

the location monitoring condition.

    It is stipulated between all counsel and Pretrial Service Officer Frank Guerrero, that

Melissa Araujo be released from the location monitor. All prior orders are to remain in full force

and effect.

//

//

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: May 17, 2024

*/s/ David A Torres*

DAVID A. TORRES
Attorney for Defendant
MELISSA ARAUJO

DATED: May 17, 2024

*/s/ Antonio Pataca*

ANTONIO PATCA
Assistant U.S. Attorney

2

## **ORDER**

    **IT IS SO ORDERED** that Melissa Araujo's Pretrial Supervision be amended and her location monitoring condition be removed. Ms. Araujo must abide by all other conditions of her release.

IT IS SO ORDERED.

Dated:  **May 20, 2024**

UNITED STATES MAGISTRATE JUDGE