TORRES | TORRES STALLINGS
A Law Corporation
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
MELISSA ARAUJO

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA ARAUJO,<br><br>Defendants. | Case No.: 1:22-CR-00195-NODJ-BAM<br><br>STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, ASSIGNED DISTRICT COURT JUDGE AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MELISSA ARAUJO, by and through her attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Monday, August 26, 2024, be continued to Thursday, October 24, 2024, at 8:30a.m.

The defense is accumulating mitigating information to assist the sentencing court in fashioning a reasonable sentence. The Government is aware of the defense's efforts and does not object to defendant's request to continue so long as she excludes times. I have communicated with AUSA Antonio Pataca and he has no objection to continuing the sentencing to Thursday, October 24, 2024.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding

that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

                                                  Respectfully Submitted,

DATED: August 12, 2024                              */s/ David A Torres*
                                                  DAVID A. TORRES
                                                  Attorney for Defendant
                                                  Melissa Araujo

DATED: August 12, 2024                              */s/ Antonio Pataca*
                                                  ANTONIO PATACA
                                                  Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the sentencing hearing currently set for August 26, 2024, be reset to **October 24, 2024, at 8:30 a.m. before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **August 12, 2024**                         /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE