TORRES | TORRES STALLINGS
A Law Corporation
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
MELISSA ARAUJO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-CR-00195 NODJ-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE |
| MELISSA ARAUJO, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, ASSIGNED DISTRICT COURT JUDGE AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MELISSA ARAUJO, by and through her attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Wednesday, October 23, 2024, be continued to Monday, January 13, 2025, at 8:30a.m.

The defense is accumulating mitigating information to assist the sentencing court in fashioning a reasonable sentence. The Government is aware of the defense's efforts and does not object to defendant's request to continue so long as she excludes times. I have communicated with AUSA Antonio Pataca and he has no objection to continuing the sentencing to Monday, January 13, 2025.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding

that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: October 10, 2024                         */s/ David A Torres*
                                                DAVID A. TORRES
                                                Attorney for Defendant
                                                Melissa Araujo

DATED: October 10, 2024                         */s/ Antonio Pataca*
                                                ANTONIO PATACA
                                                Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from October 23, 2024, to **January 13, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **October 10, 2024**                   /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE

2