**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MELISSA ARAUJO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-CR-00195-TWR-BAM-2 |
| Plaintiff, | **STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL OVERNIGHT** |
| vs. | |
| MELISSA ARAUJO, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, ASSIGNED UNITED STATES DISTRICT COURT JUDGE, AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MELISSA ARAUJO, by and through her attorney of record, DAVID A. TORRES hereby requesting that she be allowed to travel from her home residence to Spring Valley, California on December 22, 2024, through December 26, 2025.

Ms. Araujo has informed our office that her immediate family is planning to travel out of town for the holidays and is requesting that she be allowed to travel as well. Ms. Araujo has advised that the destination which she is requesting to travel is her sister's home located at 1025 La Presa Ave, Spring Valley, CA 91977. If granted permission, Ms. Araujo plans to leave her home residence at approximately 10:00 p.m. on December 22, 2024, after her work shift, and

Stipulation & Proposed Order - 1

1  travelling to Spring Valley, CA. where she anticipates she will arrive at said location at
2  approximately 1:00 a.m. on December 23, 2024. Ms. Araujo intends to leave her sister's house
3  early morning of December 26, 2024, at 7:00 a.m. and expects to return to her home residence at
4  10:00 a.m. Ms. Araujo will be traveling by car with her mother and three children to 1025 La
5  Presa Ave, Spring Valley, CA 91977.

6      Ms. Araujo was released on the condition that she participates in the Location
7  Monitoring Program and remain in home detention at a pre-approved residence. On May 20,
8  2024, Ms. Araujo's Pretrial Supervision was amended, and her location monitoring condition
9  was removed. Ms. Araujo has been compliant with all conditions of release. Ms. Araujo is
10 scheduled for sentencing on Monday, January 13, 2025.

11     I have spoken to AUSA Antonio Pataca and he has no objection to allowing Ms. Araujo's
12 request, however, Pretrial Services does object.

14 **IT IS SO STIPULATED.**

15     Respectfully Submitted,

16 DATED:  December 13, 2024       */s/ David A Torres*
17                                 DAVID A. TORRES
                                   Attorney for Defendant
18                                 MELISSA ARAUJO

19
20 DATED: December 13, 2024        */s/Antonio Pataca*
                                   ANTONIO PATACA
                                   Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that Ms. Araujo be allowed to travel to her sister's house at 1025 La Presa Ave, Spring Valley, CA 91977 on Sunday December 22, 2024, and return to her home residence on Thursday December 26, 2024 by 3:00 pm.

IT IS SO ORDERED.

Dated:   **December 13, 2024**

STANLEY A. BOONE
United States Magistrate Judge