**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
MELISSA ARAUJO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA ARAUJO,<br><br>Defendants. | Case No.: 1:22-CR-00195-2-NODJ<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, ASSIGNED DISTRICT COURT JUDGE AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MELISSA ARAUJO, by and through her attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Monday, April 21, 2025, be continued to Monday, May 19, 2025, at 8:30 a.m.

The defense requires additional time to prepare for sentencing. I have communicated with AUSA Antonio Pataca and he has no objection to continuing the sentencing date to May 19, 2025.

///

///

///

///

1

**IT IS SO STIPULATED.**

DATED: April 8, 2025

Respectfully Submitted,

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Melissa Araujo

DATED: April 8, 2025

*/s/Antonio Pataca*
ANTONIO PATACA
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from April 21, 2025, to **May 19, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **April 8, 2025**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2