UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA ARAUJO,<br><br>Defendants. | Case No. 1:22-CR-00195-TLN-BAM<br><br>**SEALING ORDER** |

Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant Melissa Araujo's Ex Parte Application to Seal, IT IS HEREBY ORDERED that Defendant's sentencing memorandum and the ex parte application to seal shall be SEALED until further notice of this Court.

It is further ordered that access to the sealed documents shall be limited to defense counsel and the Government.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's request, sealing the request and Defendant's sentencing memorandum serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives that

1

1  would adequately protect the compelling interests identified by Defendant.

2      IT IS SO ORDERED.

3  Date: May 30, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2