1  MICHELE BECKWITH
   Acting United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.  1:22-CR-00195 TLN BAM

12                        Plaintiff,          ORDER SEALING DOCUMENTS AS SET FORTH
                                              IN GOVERNMENT'S NOTICE
13              v.

14  MELISSA ARAUJO,

15                        Defendant.

16

17        Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18  Request to Seal, IT IS HEREBY ORDERED that the government's three-page memorandum pertaining

19  to defendant MELISSA ARAUJO, and government's Request to Seal shall be SEALED until further

20  order of this Court.

21        It is further ordered that access to the sealed documents shall be limited to the government and

22  counsel for the defendant.

23        The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

24  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

25  the government's request, sealing the government's motion serves a compelling interest. The Court

26  further finds that, in the absence of closure, the compelling interests identified by the

27  / / /

28  / / /

SEALING ORDER                                    1

1   government would be harmed.  In light of the public filing of its request to seal, the Court further finds

2   that there are no additional alternatives to sealing the government's motion that would adequately

3   protect the compelling interests identified by the government.

4

5    Dated: May 30, 2025

6   _____

7   Troy L. Nunley
    Chief United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEALING ORDER

2