1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,

12              Plaintiff,                    No. 1:22-cr-00195-TLN-BAM

13

14         v.                                 **ORDER**

15    MELISSA ARAUJO,

16              Defendant.

17

18         This matter is before the Court on Defendant Malissa Araujo's ("Defendant") Motion for

19    a Reduction of Sentence.  (ECF No. 156.)  No opposition was filed.

20         Defendant appears to seek a reduction of her sentence pursuant to an amendment to the

21    United States Sentencing Commission's guidelines, effective November 1, 2025.  (ECF No. 156

22    at 1.)  As Defendant seeks to invoke an amendment not currently in effect, Defendant's request is

23    premature.  Moreover, even if the Court were to consider the forthcoming amendment, Defendant

24    does not explain how the amendment would be applicable to her sentence, particularly given

25    Defendant's role as a supervisor in the criminal activity.  Additionally, the Court already provided

26    Defendant a significant downward variance at sentencing.  Accordingly, Defendant's Motion for

27    a Reduction of Sentence is hereby DENIED without prejudice.

28    ///

                                            1

1        IT IS SO ORDERED.

2    Date: October 24, 2025

3

4    _____

5    TROY L. NUNLEY
     CHIEF UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28