1
**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
2
David A. Torres, SBN135059
1318 K. Street
3
Bakersfield, CA 93301
Tel: (661) 326-0857
4
Email: dtorres@lawtorres.com

5
Attorney for:
MELISSA ARAUJO
6

7
## IN THE UNITED STATES DISTRICT COURT

8
## FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10
UNITED STATES OF AMERICA,

             ) Case No.: 1:22-CR-00195-TLN-BAM
11
        Plaintiff,       ) **REQUEST TO RECONVEY REAL**
             ) **PROPERTY; AND ORDER**
12
    vs.          )
             )
13
MELISSA ARAUJO,       )
             )
14
       Defendant    )

15
    COMES NOW defendant, MELISSA ARAUJO, by and through her counsel, David A.
16
Torres, hereby requests that bond be exonerated in this matter and that real property posted as
17
security for bail be reconveyed.

18
    The following property was posted as security for bail for the full property bond at the
19
Recorders Office of the County of Kern, State of California:

20
        APN:        135-024-09-00
21
        Deed:       222120367
        Date of Deed:   08/4/2022
22
        Name of Trustor: Norela Medina
        Payment Amount: Full Equity
23

24

25

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on November 24, 2025, at Bakersfield, California.

Respectfully Submitted,

/s/ *David A Torres*

DAVID A. TORRES
Attorney for Defendant
Melissa Araujo

1 | **TORRES|TORRES STALLINGS**
**A LAW CORPORATION**
2 | David A. Torres, SBN135059
1318 K. Street
3 | Bakersfield, CA 93301
Tel: (661) 326-0857
4 | Email: dtorres@lawtorres.com

5 | Attorney for:
MELISSA ARAUJO

6

7 | **IN THE UNITED STATES DISTRICT COURT**

8 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 | UNITED STATES OF AMERICA,                ) Case No.: 1:22-CR-00195 TLN-BAM
                                          )
11 |           Plaintiff,                    ) **ORDER RECONVEYING PROPERTY**
                                          )
12 |      vs.                               )
                                          )
13 | MELISSA ARAUJO                         )
                                          )
14 |           Defendant                    )

15 |      Upon request of the defendant, and good cause appearing,

16 |      **IT IS HEREBY** ORDERED that the property bond below posted as collateral be

17 | exonerated:

18 |              APN:                135-024-09-00
19 |              Deed:               222120367
                Date of Deed:       08/4/2022
20 |              Name of Trustor:    Norela Medina
                Payment Amount:     Full Equity

21

22 | IT IS SO ORDERED.

23 | Dated:  __November 24, 2025__          ___/s/ Barbara A. McAuliffe___
                                              UNITED STATES MAGISTRATE JUDGE

24

25